UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD JARVI,

    Plaintiff,                                Case No. 12-10123
                                              HON. GEORGE CARAM STEEH

vs.

DOREEN P. O'LEAR, HASHIM RAZA, and
KATHLEEN A. RYAN,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

On March 28, 2012, this court dismissed plaintiff's pro se complaint for failure to state a claim upon which relief can be granted. Plaintiff now moves for reconsideration of this court's March 28, 2012 order.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

E.D. Mich. L.R. 7.1(g)(3). Plaintiff's motion for reconsideration, similar to his complaint and other submissions, contains rambling and incoherent arguments that do not remedy the fatal pleading deficiencies described in this court's prior orders. See Dkt. No. 4 and 8. Therefore, plaintiff has failed to demonstrate a palpable defect by which this court has been

-1-

misled, the correction of which will result in a different disposition of this case.

Accordingly,

Plaintiff's motion for reconsideration [#9] is DENIED.

Plaintiff's motion for sanctions [#10] is MOOT.

SO ORDERED.

Dated: April 19, 2012

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 19, 2012, and to Ronald Jarvi, 4481 Monroe, Ecorse, MI 48229.

S/Marcia Beauchemin
Deputy Clerk